# United States District Court

for the

## Southern District of Indiana

Bradley Erhart,

Plaintiff,

v.

Nancy Erhart,

Defendant.

1:21-cv-1829-TWP-TAB

**FILED**
9:08 am, Jun 21, 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case No. _____

## Complaint for a Civil Case

*1. Basis for Jurisdiction*

The basis for federal court jurisdiction is diversity of citizenship.

A. The Plaintiff, Bradley Erhart, is an individual and citizen of the State of Washington.

B. The Defendant, Nancy Erhart, is an individual and citizen of the State of Indiana.

C. The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because the value of the property the plaintiff stands to gain exceeds $400,000.

21   *2. Parties to This Complaint*

22      A.   The Plaintiff

23           Bradley Erhart

24           16506 SE 29th St Apt 51

25           Vancouver, WA 98683

26           **971-319-2723**

27           **bravoed_basichromatin@aleeas.com**

28      B.   The Defendant

29           Nancy Erhart

30           384 E County Road 500 S

31           New Castle, IN 47362

32           **765-686-2316**

33           **nerhart1953@gmail.com**

34   *3. Statement of Claim*

35   The plaintiff, Bradley Erhart, learned of a traditional Trust and Will now known as The

36   Mary E. Catron Revocable Living Trust and Last Will and Testament of Mary E. Catron on or

37   around April 10, 2021. His mother and defendant who lives in Indiana, Nancy Erhart,

38   informed him on a phone call that she tried closing a trust from his grandmother who

39   passed away on February 22, 2010, and claimed an attorney was upset and refused to

40   assist her. He made an inquiry shortly thereafter about whether he was listed as a

41   beneficiary and was reluctantly told by Nancy that he was, which he later received

42. supporting evidence on or around April 15, 2021 when his sister, Sarah Erhart, sent him a few pictures via text message from the Trust that was in her possession.

44. Sarah refused to provide a full copy of the Trust at that time and claimed via text message that plaintiff isn't a beneficiary and quote:

46.     "She messed up. It's done. But it was written in a way that she got to decide how and when to distribute, so even if you went to court and someone ruled yes, she breached, it's not like you would get money. Shed just get slapped with a fine and some legal headaches."

50. Plaintiff was able to secure a full copy of the Will and Trust from Sarah Erhart on May 26, 2021 with the assistance of an attorney. Nancy is listed as the Successor Trustee. Plaintiff made a request for an accounting of the Trust on April 15, 2021, which he still has not received. On June 16, 2021, Sarah emailed plaintiff a copy of a power of attorney agreement, in which he believes statements made by Sarah while attorney-in-fact for Nancy violated a "no-contest" clause.

56. Based on information relayed to plaintiff by Nancy and Sarah, plaintiff alleges Nancy Erhart failed to perform her duties as trustee, breached contract, breached trust, and breached fiduciary duty. Plaintiff wants the Will and Trust to be enacted as written, which would revoke all other beneficiaries of their share and interest as if they predeceased Mary E. Catron.

61. Plaintiff is requesting that Nancy Erhart restore all property to the Trust and estate as it was before violation, and to have himself enacted as Trustee so that he can honor the Trust.

63  Plaintiff makes it known that he does not believe Nancy Erhart, as current Successor
64  Trustee, is entitled to use any Trust property to defend this claim per the Trust.

65  *4. Relief*

66  Plaintiff requests expedited discovery to obtain facts relevant to Plaintiff's claims for relief
67  to prevent further damage and concealment of property, and to improve his opportunity
68  for recovery.

69  Plaintiff respectfully requests that the court order Nancy Erhart to restore in entirety all
70  property to the Trust and estate as it was before Nancy violated the Will and Trust which is
71  estimated to be in excess of $100,000 based on the amounts to beneficiaries and the
72  amount he believes Mary E. Catron had in personal property.

73  Plaintiff asks the court to enact him as Trustee so that he can honor the Trust, and to
74  recognize the "no-contest" clause of the Will and Trust that would provide him with real
75  property estimated to be valued at approximately $325,000.

76  *5. Certification and Closing*

77  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
78  knowledge, information, and belief that this complaint:
79     1.   is not being presented for an improper purpose, such as to harass, cause
80          unnecessary delay, or needlessly increase cost of litigation;
81     2.   is supported by existing law or by a nonfrivolous argument for extending,
82          modifying, or reversing existing law;

3. the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

4. the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

---

Date of signing: 06/20/2021

Signature of Plaintiff: /Bradley Erhart/