# United States District Court

for the

## Southern District of Indiana

---

Bradley Erhart,

Plaintiff,

v.

Nancy Erhart,

Defendant.

---

Civil Action No. _____

---

## Summons in a Civil Action

To:

Nancy Erhart

384 E County Road 500 S

New Castle, IN 47362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or

employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

Bradley Erhart

16506 SE 29th St Apt 51

Vancouver, WA 98683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

———————————————————————————————

*Clerk of Court*

Date: _____

Signature of Clerk or Deputy Clerk: _____