AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01829-TWP-TAB

**FILED**
12:27 pm, Jun 23, 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Nancy Erhart</u> was received by me on *(date)* <u>Jun 21, 2021, 12:53 pm</u>.

[X] I personally served the summons on the individual at *(place)* <u>384 E 500 S , New Castle, IN 47362</u> on *(date)* <u>Tue, Jun 22 2021</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Dustin Howe, Process Server

*Printed name and title*

5335 N Tacoma Ave Ste 5, Indianapolis, IN 46220

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 22, 2021, 1:38 pm EDT at 384 E 500 S , New Castle, IN 47362 received by Nancy Erhart. Age: 65; Ethnicity: Caucasian; Gender: Female; Weight: 220; Height: 5'8"; Hair: Gray;
The defendant came to the door, verified her name and was personally served