AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Bradley Erhart<br>*Plaintiff* | )<br>) | |
| v. | )<br>) | Case No.   1:21-cv-1829-TWP-TAB |
| Nancy Erhart<br>*Defendant* | )<br>) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nancy Erhart

Date:   07/13/2021

/S/Phillip C. Smith
*Attorney's signature*

Phillip C. Smith, Atty. No. 21830-84
*Printed name and bar number*

Corporate Square
2901 Ohio Boulevard, Suite 124
Terre Haute, IN 47803
*Address*

Phillip.Smith@WabashValleyLawyer.com
*E-mail address*

(812) 244-0761
*Telephone number*

(812) 232-9700
*FAX number*