UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRADLEY ERHART, | ) |
|    Plaintiff | ) |
|    v. | ) Case No. 1:21-cv-1829-TWP-TAB |
| NANCY ERHART, | ) |
|    Defendant. | ) |

**NANCY ERHART'S NOTICE OF EXTENSION OF TIME TO**

**ANSWER OR OTHERWISE PLEAD**

     Defendant Nancy Erhart, by her attorney, Phillip C. Smith, moves this Court to extend the time to answer or otherwise respond to Plaintiff's Complaint in this matter by 28 days or up to and including August 10, 2021. In support of this Notice, Defendant Erhart states as follows:

     1.    Plaintiff in this matter filed his Complaint on June 21, 2021.

     2.    Defendant Nacny Erhart was served on June 22, 2021, and therefore it may be required to respond to the complaint on July 13, 2021.

     3.    However, counsel for Defendant Nancy Erhart only recently received the Complaint and needs additional time to investigate the facts and law concerning this matter.   It is excepted that an additional 28 days or up

to and including August 10, 2021 will afford sufficient time in which to answer or otherwise respond to the Complaint.

   4. Counsel for Defendant Nancy Erhart has contacted Plaintiff (Plaintiff is *pro se)* by leaving a telephone message on the number provided for the Plaintiff in his Complaint at 11:45 a.m. (Indiana time) and as of the time of this writing Plaintiff has not responded.   Furthermore, Counsel has sent an email on July 13, 2021 at 12:26 p.m. to the email address provided by the Plaintiff in his Complaint concerning this Notice of Extension Of Time To Answer Or Otherwise Plead.   As of the time of this writing there has been no response to said email.   Therefore, Counsel can make no statement concerning whether Plaintiff has an objection to the extension of time to answer.

   5. An extension in time to answer will not affect the Case Management Plan, scheduled hearing or trials, or other deadlines set by court order as no Case Management Plan, hearing, trials, or other deadlines set by court order have been established in this cause of action at this time.

  WHEREFORE, Defendant Nancy Erhart respectfully requests that this Court grant it an additional 28 days in which to answer or otherwise plead to the Plaintiff's Complaint.

            Respectfully submitted,

        By: <u>s/Phillip C. Smith</u>
        Phillip C. Smith Atty. No. 21830-84
        Corporate Square
        2901 Ohio Boulevard, Suite 124
        Terre Haute, IN 47803-2239
        (812) 244-0761
        Phillip.Smith@WabashValleyLawyer.com
        Counsel for Defendant Nancy Erhart

## **CERTIFICATE OF SERVICE**

  I, Phillip C. Smith, an attorney, hereby certified that a true and correct copy of the above and foregoing document was electronically filed on July 13, 2021, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.


  <u>s/Phillip C. Smith</u>


Phillip C. Smith Atty. No. 21830-84
Corporate Square
2901 Ohio Boulevard, Suite 124
Terre Haute, IN 47803-2239
(812) 244-0761
Phillip.Smith@WabashValleyLawyer.com
Counsel for Defendant Nancy Erhart