UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

BRADLEY ERHART,        ) Case No. 1:21-cv-1829-TWP-TAB

   Plaintiff

v.

NANCY ERHART,

   Defendant.

> Plaintiff objected, but that objection is overruled.  Deadline to respond is enlarged to August 10, 2021.
>
> Tim A. Baker, U.S. Magistrate Judge
> July 16, 2021
>
> Distribution to counsel of record via ECF and to the following via U.S. Mail:  BRADLEY ERHART, 16506 SE 29th Street, Apartment 51, Vancouver, WA 98683

**NANCY ERHART'S NOTICE OF EXTENSION OF TIME TO**

**ANSWER OR OTHERWISE PLEAD**

     Defendant Nancy Erhart, by her attorney, Phillip C. Smith, moves this Court to extend the time to answer or otherwise respond to Plaintiff's Complaint in this matter by 28 days or up to and including August 10, 2021. In support of this Notice, Defendant Erhart states as follows:

     1.    Plaintiff in this matter filed his Complaint on June 21, 2021.

     2.    Defendant Nacny Erhart was served on June 22, 2021, and therefore it may be required to respond to the complaint on July 13, 2021.

     3.    However, counsel for Defendant Nancy Erhart only recently received the Complaint and needs additional time to investigate the facts and law concerning this matter.   It is excepted that an additional 28 days or up