# United States District Court

for the

Southern District of Indiana

| | |
|---|---|
| Bradley Erhart,<br><br>Plaintiff,<br><br>v.<br><br>Nancy Erhart,<br><br>Defendant. | Denied.<br><br>Tim A. Baker, U.S. Magistrate Judge<br>July 16, 2021<br><br>Distribution to counsel of record via ECF and to the following via U.S. Mail: BRADLEY ERHART, 16506 SE 29th Street, Apartment, 51, Vancouver, WA 98683 |

Case No. 1:21-cv-1829-TWP-TAB

## Motion to Object and Oppose Defendant's Notice of Extension of Time to Answer or Otherwise Plead

Comes now the pro se Plaintiff, Bradley Erhart, who respectfully moves this court to deny Defendant's Automatic Initial Extension filed under Local Rule 6-1(a). In support of this denial, Plaintiff states:

1. Defendant waited until last minute to contact Plaintiff requesting an extension. The Defendant's counsel called Plaintiff at 12:10PM EDT on 07/13/2021, according to