# United States District Court

for the

## Southern District of Indiana

Bradley Erhart,

Plaintiff,

v.

Nancy Erhart,

Defendant.

**FILED**

**07/21/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case No. 1:21-cv-1829-TWP-TAB

## Certificate of Service

I, the undersigned, hereby certify that I sent a true and correct copy of the Motion to Object and Oppose Defendant's Notice of Extension of Time to Answer or Otherwise Plead (ECF No. 8) on Defendant counsel's email of record on July 15, 2021; and pending their consent to make service via their email of record also served a copy of the same on July 21, 2021 by placing said copy in a postage paid envelope addressed to the person hereinafter listed and by depositing said envelope in the U.S. Mail.

Phillip Charles Smith

Attorney at Law

2901 Ohio Blvd Ste 139

Terre Haute, IN 47803

I state under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2021.

Signature of Plaintiff: /Bradley Erhart/

Bradley Erhart

16506 SE 29th St Apt 51

Vancouver, WA 98683

971-319-2723

bravoed_basichromatin@aleeas.com