# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | Case No. 1:21-cv-1829-TWP-TAB |
| Plaintiff | ) | |
| v. | ) | |
| NANCY ERHART, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and correct copy of the Answer to Plaintiff's Complaint on August 10, 2021 by placing said copy in a postage paid envelope addressed to the person hereinafter listed and by depositing said envelope in the U.S. Mail.

Bradley Erhart
16506 SE 29th St. Apt. 51
Vancouver, WA 98683

/S/Phillip C. Smith
Phillip C. Smith

Phillip C. Smith Atty. No. 21830-84
Corporate Square
2901 Ohio Boulevard, Suite 124
Terre Haute, IN 47803-2239
(812) 244-0761
Phillip.Smith@WabashValleyLawyer.com
Counsel for Defendant Nancy Erhart