# United States District Court

for the

Southern District of Indiana

**FILED**
10/11/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Bradley Erhart,

Plaintiff,

v.

Nancy Erhart,

Defendant.

Case No. 1:21-cv-1829-TWP-TAB

## Notice of Change of Address

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address**

16506 SE 29th St Apt 51

Vancouver, WA 98683

**Current Address**

300 SE 184th Ave Apt 101

Vancouver, WA 98683

## Certificate of Service

I, the undersigned, hereby certify that I sent a true and correct copy of this Notice of Change of Address on Defendant counsel's email of record on October 11, 2021; and pending their consent to make service via their email of record also served a copy of the same on October 11, 2021 by placing said copy in a postage paid envelope addressed to the person hereafter listed and by depositing said envelope in the U.S. Mail.

Phillip Charles Smith

Attorney at Law

2901 Ohio Blvd Ste 139

Terre Haute, IN 47803

I state under penalty of perjury that the foregoing is true and correct.

Executed on October, 11 2021.

Signature of Plaintiff: /Bradley Erhart/

Bradley Erhart

300 SE 184th Ave Apt 101

Vancouver, WA 98683

**971-319-2723**

**bravoed_basichromatin@aleeas.com**