**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01829-TAB-TWP |
| | ) | |
| NANCY ERHART, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REFERENCE

The parties have indicated their consent to the exercise of jurisdiction by a United States Magistrate Judge at Dkt. 18.  It is, therefore, ORDERED that this case be referred to the currently assigned United States Magistrate Judge, The Honorable Tim A. Baker, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect.  The cause number of this action shall be amended as shown above to reflect the referral of this action to the Magistrate Judge.

IT IS SO ORDERED.

Date:  10/13/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

BRADLEY ERHART
16506 SE 29th Street
Apartment 51
Vancouver, WA 98683

Phillip Charles Smith
ATTORNEY AT LAW
phillip.smith@wabashvalleylawyer.com