AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Bradley Erhart | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-1829-TWP-TAB |
| Nancy Erhart | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Bradley Erhart                                                                                                     .

Date:   12/07/2021

/s/Sarah Jenkins
*Attorney's signature*

Sarah C. Jenkins, Atty. No. 26421-53
*Printed name and bar number*

TAFT, STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-4609
*Address*

sjenkins@taftlaw.com
*E-mail address*

(317) 713-3500
*Telephone number*

(317) 713-3699
*FAX number*