IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | Case No. 1:21-cv-01829-TAB-TWP |

**AGREED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF BRADLEY ERHART TO SERVE INITIAL DISCLOSURES**

Under the Court's case management order, Initial Disclosures are due Friday, December 10th. Bradley Erhart has recently retained the undersigned counsel who reasonably needs time to become familiar with the facts of the case. Therefore, Bradley Erhart is requesting an extension of three weeks to serve his initial disclosures, which would be due on December 31, 2021. The undersigned has contacted attorney Phillip Smith, who represents the defendant in this case, and Mr. Smith has consented to the requested extension.

WHEREFORE, Bradley Erhart respectfully requests that the Court grant him an extension to and through December 31, 2021 to serve his initial disclosures under Federal Rule of Civil Procedure 26(a).

                                        Respectfully submitted,

                                        */s/ Sarah C. Jenkins*
                                        Sarah C. Jenkins Atty. No. 26421-53
                                        TAFT STETTINIUS & HOLLISTER, LLP
                                        One Indiana Square, Suite 3500
                                        Indianapolis, Indiana 46204-2023
                                        Telephone: (317) 713-3500
                                        sjenkins@taftlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2021, the foregoing was filed electronically with the Clerk of Court.  Notification of this filing will be sent by operation of the Court's CM/ECF system.

             */s/ Sarah C. Jenkins*
             Sarah C. Jenkins Atty. No. 26421-53
             ATTORNEY FOR BRADLEY ERHART