IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | Case No. 1:21-cv-01829-TAB-TWP |

**ORDER ON AGREED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF BRADLEY ERHART TO SERVE INITIAL DISCLOSURES**

Plaintiff, having filed his Agreed Motion for Extension of Time to Serve Initial Disclosures; and, the Court, being duly advised in the premises, now finds that the Plaintiff, Bradley Erhart, is granted an extension of three weeks to serve his initial disclosures, up to and including December 31, 2021.

SO ORDERED this _____ day of _____, 2021.

_____
Judge, United States District Court

Distribution:  Counsel of Record