IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>         Plaintiff,<br>v.<br><br>NANCY ERHART,<br><br>         Defendant. | Case No. 1:21-cv-01829-TAB-TWP |

**ORDER ON AGREED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF BRADLEY ERHART TO SERVE INITIAL DISCLOSURES**

Plaintiff, having filed his Agreed Motion for Extension of Time to Serve Initial Disclosures (Dkt. 23); and, the Court, being duly advised in the premises, now finds that the Plaintiff, Bradley Erhart, is granted an extension of three weeks to serve his initial disclosures, up to and including December 31, 2021.

SO ORDERED.

Date: 12/8/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.