IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRADLEY ERHART,

      Plaintiff,

v.

NANCY ERHART,

      Defendant.

Case No. 1:21-cv-01829-TAB-TWP

## MOTION TO WITHDRAW ERRONEOUSLY FILED NOTICE OF APPEARANCE

Sarah C. Jenkins, counsel for Plaintiff, moves the Court for leave to withdraw the appearance filed as Document Number 21 on December 7, 2021.  The document was filed under an unrelated attorney's CM/ECF login in error.  Attorney Jenkins respectfully asks that her motion be granted.

Respectfully submitted,

/s/ *Sarah C. Jenkins*
Sarah C. Jenkins Atty. No. 26421-53
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
sjenkins@taftlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, the foregoing was filed electronically with the

Clerk of Court.  Notification of this filing will be sent by operation of the Court's CM/ECF

system.

/s/ *Sarah C. Jenkins*

Sarah C. Jenkins Atty. No. 26421-53