IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>       Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>       Defendant. | Case No. 1:21-cv-01829-TAB-TWP |

### ORDER GRANTING MOTION TO WITHDRAW ERRONEOUSLY FILED NOTICE OF APPEARANCE

Sarah C. Jenkins, counsel for Plaintiff, having moved the Court for leave to withdraw the appearance filed as Document Number 21 on December 7, 2021; and, the Court, being duly advised in the premises, finds that said motion should be GRANTED.

_____
Judge, United States District Court

Distribution:  Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, the foregoing was filed electronically with the Clerk of Court. Notification of this filing will be sent by operation of the Court's CM/ECF system.

*/s/ Sarah C. Jenkins*
Sarah C. Jenkins Atty. No. 26421-53
