IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | Case No. 1:21-cv-01829-TAB-TWP |

**ORDER GRANTING MOTION TO WITHDRAW ERRONEOUSLY FILED NOTICE OF APPEARANCE**

Sarah C. Jenkins, counsel for Plaintiff, having moved the Court for leave to withdraw the appearance filed as Document Number 21 on December 7, 2021; and, the Court, being duly advised in the premises, finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Document Number 21 is WITHDRAWN from the docket.

Date: 12/9/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.