UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>   Defendant. | CAUSE NO. 1:21-cv-1829-TWP-TAB |

## APPEARANCE OF KIMBERLY S. DALSANTO

Kimberly S. DalSanto, of the law firm Taft Stettinius & Hollister LLP, is admitted or otherwise authorized to practice in this court, and hereby enters her appearance on behalf of Plaintiff, Bradley Erhart, in this matter.

Dated: December 10, 2021.

            Respectfully submitted,

            */s/ Kimberly S. DalSanto*
            Kimberly S. DalSanto, Atty. No. 32666-03
            TAFT STETTINIUS & HOLLISTER LLP
            One Indiana Square, Suite 3500
            Indianapolis, IN  46204
            (317) 713-3500
            kdalsanto@taftlaw.com

            *Attorney for Bradley Erhart*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2021, the foregoing was filed electronically with the Court's ECF system and served upon all parties of record.

            */s/ Kimberly S. DalSanto*