UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRADLEY ERHART,

    Plaintiff,

v.                        CAUSE NO. 1:21-cv-01829-TAB-TWP

NANCY ERHART,

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION TO FILE
PRELIMINARY WITNESS AND EXHIBIT LISTS**

Plaintiff respectfully request the Court extend the Parties' deadlines to file their Preliminary Witness and Exhibit Lists. In support of his motion, Plaintiff states:

1. On December 8, 2021, the Court extended the Plaintiff's deadline to serve Initial Disclosures to December 31, 2021 (Dkt. 24).

2. Plaintiff requests the Court extend his deadline to file his Preliminary Witness and Exhibit List to December 31, 2021, to be aligned with the deadline for serving Initial Disclosures.

3. Plaintiff also requests the Court extend Defendant's deadline to file her Preliminary Witness and Exhibit List to January 10, 2022.

4. Defendant does not oppose this request.

WHEREFORE, the Plaintiff requests the Parties' deadlines to file their Preliminary Witness and Exhibit Lists be extended.

Date: December 18, 2021

Respectfully submitted,

*/s/ Kimberly S. DalSanto*
Kimberly S. DalSanto, Atty. No. 32666-03
Sarah C. Jenkins, Atty. No. 26421-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
(317) 713-3500
kdalsanto@taftlaw.com
sjenkins@taftlaw.com

*Attorneys for Bradley Erhart*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 18, 2021, the foregoing was filed electronically with the Court's ECF system and served upon all parties of record.

*/s/ Kimberly S. DalSanto*

72169766v1