UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>        Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

**ORDER ON UNOPPOSED MOTION FOR EXTENSION
TO FILE PRELIMINARY WITNESS AND EXHIBIT LISTS**

Plaintiff, having filed his Unopposed Motion for Extension to File Preliminary Witness and Exhibit Lists (Dkt. 28), and the Court, being duly advised, GRANTS the motion. Plaintiff shall have until December 31, 2021, to file his Preliminary Witness and Exhibit List. Defendant shall have until January 10, 2022, to file her Preliminary Witness and Exhibit List.

   SO ORDERED.

   Date: 12/20/2021

                                             Tim A. Baker
                                             United States Magistrate Judge
                                             Southern District of Indiana

Distribution to all counsel of record via ECF.