UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-cv-01829-TAB-TWP |
| NANCY ERHART, | |
| Defendant. | |

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff Bradley Erhart, pursuant to Fed. R. Civ. P. 26(a)(1), gives notice that he served on Defendant's counsel of record his Initial Disclosures and his Statement of Special Damages and Settlement Offer on December 30, 2021.

Dated: December 30, 2021              Respectfully submitted,

*/s/ Kimberly S. DalSanto*
Kimberly S. DalSanto, Atty. No. 32666-03
Sarah C. Jenkins, Atty. No. 26421-53
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
kdalsanto@taftlaw.com
sjenkins@taftlaw.com

*Attorneys for Bradley Erhart*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 30, 2021, the foregoing was filed electronically with the Court's ECF system and served upon all parties of record.

                                        */s/ Kimberly S. DalSanto*
                                        Kimberly S. DalSanto

72251987v1