UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-cv-01829-TAB-TWP |
| NANCY ERHART, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO AMEND THE PLEADINGS OR JOIN ADDITIONAL PARTIES**

Plaintiff respectfully requests the Court extend the deadline to amend the pleadings and/or to join additional parties. In support of his motion, Plaintiff states:

1. Given the extension in deadlines for the parties to exchange witness and exhibits lists, Plaintiff requires additional time to determine if any pleadings require amending.

2. The Parties are also in the process of exchanging settlement offers, and Plaintiff does not want to incur any additional attorney fees during this process.

3. Plaintiff requests the Court extend the deadline to file amended pleadings and/or to join additional parties to February 25, 2022.

4. Defendant does not oppose this request.

WHEREFORE, the Plaintiff requests the deadline to file amended pleadings be extended to February 25, 2022.

Date: January 7, 2022.

Respectfully submitted,

*/s/ Kimberly S. DalSanto*
Kimberly S. DalSanto, Atty. No. 32666-03
Sarah C. Jenkins, Atty. No. 26421-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
(317) 713-3500
kdalsanto@taftlaw.com
sjenkins@taftlaw.com

*Attorneys for Bradley Erhart*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2022, the foregoing was filed electronically with the Court's ECF system and served upon all parties of record.

*/s/ Kimberly S. DalSanto*

72316742v1