UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

## ORDER ON MOTION FOR EXTENSION OF DEADLINE TO AMEND THE PLEADINGS

Plaintiff, having filed his Motion for Extension of Deadline to Amend the Pleadings and Join Additional Parties, and the Court, being duly advised, GRANTS the motion. The Parties shall have until February 25, 2022 to move to amend the pleadings or join additional parties.

SO ORDERED.

Date: _____          _____

                                                                        Judge, Southern District of Indiana

Distribution to all counsel of record via ECF.

72317125v1