UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

**ORDER ON MOTION FOR EXTENSION**
**OF DEADLINE TO AMEND THE PLEADINGS**

Plaintiff, having filed his Motion for Extension of Deadline to Amend the Pleadings and Join Additional Parties, and the Court, being duly advised, GRANTS the motion. The Parties shall have until February 25, 2022 to move to amend the pleadings or join additional parties.

SO ORDERED.

Date: 1/10/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.