UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>   Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

**AGREED MOTION FOR EXTENSION OF DEADLINE
TO AMEND THE PLEADINGS OR JOIN ADDITIONAL PARTIES
AND TO CONTINUE STATUS CONFERENCE**

  Plaintiff respectfully requests the Court extend the deadline to amend the pleadings and/or to join additional parties, and to continue the status conference currently set for February 24, 2022. In support of his motion, Plaintiff states:

  1. The deadline by which the parties are to amend the pleadings or join additional parties is February 25, 2022. That time has not yet passed.

  2. Plaintiff did not receive the Defendant's initial disclosures until February 11, 2022, and requires additional time to evaluate whether any pleadings require amendment.

  3. Plaintiff requests the Court extend the deadline to file amended pleadings and/or to join additional parties to March 14, 2022.

  4. Plaintiff also requests the Court continue the status conference in this case currently set for February 24, 2022 at 2:00 p.m., to sometime after March 14, 2022.

  5. Plaintiff's counsel conferred with Defendants Counsel and he is in agreement with this motion.

  WHEREFORE, Plaintiff requests the deadline to file amended pleadings be

extended to March 14, 2022 and the status conference be continued until after that date.

Date: February 23, 2022.

                                              Respectfully submitted,

                                              */s/ Kimberly S. DalSanto*
                                              Kimberly S. DalSanto, Atty. No. 32666-03
                                              Sarah C. Jenkins, Atty. No. 26421-53
                                              TAFT STETTINIUS & HOLLISTER LLP
                                              One Indiana Square, Suite 3500
                                              Indianapolis, IN  46204
                                              (317) 713-3500
                                              kdalsanto@taftlaw.com
                                              sjenkins@taftlaw.com

                                              *Attorneys for Bradley Erhart*

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that on February 23, 2022, the foregoing was filed electronically with the Court's ECF system and served upon all parties of record.

                                              */s/ Kimberly S. DalSanto*

72787440v1