UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>   Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

## ORDER ON MOTION FOR EXTENSION
## OF DEADLINE TO AMEND THE PLEADINGS AND TO CONTINUE
## <u>STATUS CONFERENCE</u>

  Plaintiff, having filed his Motion for Extension of Deadline to Amend the Pleadings and Join Additional Parties, and to Continue Status Conference currently scheduled for February 24, 2022, and the Court, being duly advised, GRANTS the motion. The Parties shall have until March 14, 2022 to move to amend the pleadings or join additional parties. Further, the status conference is rescheduled to _____, at _____.

SO ORDERED.

Date: _____       _____

                            Judge, Southern District of Indiana

Distribution to all counsel of record via ECF.

72787524v1