UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-cv-01829-TAB-TWP |
| NANCY ERHART, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR EXTENSION
OF DEADLINE TO AMEND THE PLEADINGS
AND TO CONTINUE STATUS CONFERENCE**

Plaintiff, having filed his Motion for Extension of Deadline to Amend the Pleadings and Join Additional Parties, and to Continue Status Conference (Dkt. 37) currently scheduled for February 24, 2022, and the Court, being duly advised, GRANTS the motion.

IT IS ORDERED that the Parties shall have until March 14, 2022 to move to amend the pleadings or join additional parties.

IT IS FURTHER ORDERED that the status conference set for February 24, 2022, is vacated and rescheduled to April 4, 2022, at 10 a.m. before Magistrate Judge Tim A. Baker. Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address case status and settlement.

Date: 2/24/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.