UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Plaintiff Bradley Erhart's Motion for Leave to Amend Complaint is GRANTED. The First Amended Complaint attached to the motion is deemed filed as of the date of this Order.

SO ORDERED.

Date: _____          _____
                                       Judge, Southern District of Indiana


Distribution to all counsel of record via ECF.


72971121v1