UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | CAUSE NO. 1:21-cv-01829-TAB-TWP |

### ORDER GRANTING LEAVE TO AMEND COMPLAINT

This matter having come before the Court upon the Plaintiff's Motion for Leave to File Amended Complaint (Filing No. 39); and the Court having examined the motion and being duly advised, now finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is hereby granted leave to file his First Amended Complaint within the next 7 days with proper exhibits attached.

Date: 3/30/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.