UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01829-TAB-TWP |
| | ) |
| NANCY ERHART, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON APRIL 4, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel April 4, 2022, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters.

**This cause is set for a telephonic status conference at 10 a.m. on June 6, 2022.** Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss case status, settlement and to select a trail date if needed.

Dated: 4/4/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email