## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRADLEY ERHART,<br>    Plaintiff<br>    v.<br>NANCY ERHART,<br>    Defendant. | ) Case No. 1:21-cv-01829-TAB-TWP<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE TO PLAINTIFF OF ANSWERS

Defendant Nancy Erhart, pursuant to Fed. R. Civ. P. 26(a)(1), gives notice that she served on Plaintiff's counsel of record her answers to Plaintiff's First Request For Admissions To Defendant.

Dated:  May 12, 2022     Respectfully submitted,

/s/ Phillip C. Smith
Phillip C. Smith Attorney No. 21830-84
2901 Ohio Boulevard, Suite 124
Terre Haute, IN 47803
(812) 244-0761
Phillip.Smith@WabashValleyLawyer.com

### CERTIFICATE OF SERVICE

I, Phillip C. Smith, an attorney, hereby certified that a true and correct copy of the above and foregoing document was electronically filed on May 12, 2022, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties and  attorneys of record.

/s/Phillip C. Smith

Phillip C. Smith Atty. No. 21830-84

        Corporate Square
        2901 Ohio Boulevard, Suite 124
        Terre Haute, IN 47803-2239
        (812) 244-0761
        Phillip.Smith@WabashValleyLawyer.com
        Counsel for Defendant Nancy Erhart