## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRADLEY ERHART,<br>    Plaintiff<br>    v.<br>NANCY ERHART,<br>    Defendant. | ) Case No. 1:21-cv-01829-TAB-TWP<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE TO PLAINTIFF OF ANSWERS

Defendant Nancy Erhart, pursuant to Fed. R. Civ. P. 26(a)(1), gives notice that she served on Plaintiff's counsel of record her answers to Plaintiff's First Set Of Interrogatories To Defendant and Plaintiff's First Requests For Production.

.

Dated:  May 27, 2022            Respectfully submitted,

/s/ Phillip C. Smith
Phillip C. Smith Attorney No. 21830-84
2901 Ohio Boulevard, Suite 124
Terre Haute, IN 47803
(812) 244-0761
Phillip.Smith@WabashValleyLawyer.com

### CERTIFICATE OF SERVICE

I, Phillip C. Smith, an attorney, hereby certified that a true and correct copy of the above and foregoing document was electronically filed on May 31, 2022, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties and  attorneys of record.

/s/Phillip C. Smith

Phillip C. Smith Atty. No. 21830-84
Corporate Square
2901 Ohio Boulevard, Suite 124
Terre Haute, IN 47803-2239
(812) 244-0761
Phillip.Smith@WabashValleyLawyer.com
Counsel for Defendant Nancy Erhart