UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRADLEY ERHART,                            )
                                           )
                  Plaintiff,               )
                                           )
            v.                             )      No. 1:21-cv-01829-TAB-TWP
                                           )
NANCY ERHART,                              )
                                           )
                  Defendant.               )

**ORDER ON JUNE 6, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER
SETTING TELEPHONIC STATUS CONFERENCE AND BENCH TRIAL**

Parties appeared by counsel June 6, 2022, for a telephonic status conference.  Discussion

was held regarding case status and settlement.  The discovery deadline is enlarged to August 5,

2022.

**This cause is set for a telephonic status conference at 10 a.m. on November 7, 2022.**

Parties shall participate in this conference by counsel.  The call-in instructions will be issued by

separate order.  The purpose of this conference is to discuss case status and settlement.

**This matter is set for a bench trial at 9 a.m. on February 15, 2023,** before United

States Magistrate Judge Tim A. Baker, Room 238, United States Courthouse, 46 E. Ohio Street,

Indianapolis, Indiana.  All persons entering the United States Courthouse must have photo

identification.  This trial is anticipated to last one day.

Date:  6/6/2022

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email