AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Bradley Erhart | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-1829-TAB-TWP |
| Nancy Erhart | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nancy Erhart                                                                                                    .

Date:      06/09/2022

/s/ Paul R. Sadler
*Attorney's signature*

Paul R. Sadler, 32744-49
*Printed name and bar number*

EMSWILLER, WILLIAMS, NOLAND
& CLARKE, LLC
8500 Keystone Crossing, Suite 500
Indianapolis, IN  46240
*Address*

psadler@ewnc-law.com
*E-mail address*

(317) 257-8787
*Telephone number*

(317) 257-9042
*FAX number*