UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01829-TAB-TWP |
| | ) | |
| NANCY ERHART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING EXTENSION OF DEADLINES**

The Defendant having filed her *Unopposed Motion for Extension of Deadlines* (Filing No. 50), and the Court having reviewed the same and being duly advised in the premises now finds that relief is proper and the motion is hereby GRANTED IN PART.

**IT IS THEREFORE ORDERED that the deadline to complete non-expert witness discovery and discovery relating to liability issues is enlarged up to and including October 4, 2022. The deadline to file dispositive motions remains unchanged. The mere appearance of additional counsel does not provide good cause for this relief, particularly because granting such relief would impact the trial date.**

Date: 7/7/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.