UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01829-TAB-TWP |
| | ) | |
| NANCY ERHART, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING EXTENSION OF DEADLINE

The Defendant having filed her *Renewed Unopposed Motion for Extension of Deadlines*, and the Court having reviewed the same and being duly advised in the premises now finds that relief is proper and the motion is hereby GRANTED.

**The deadline to file dispositive motions is enlarged up to and including October 14, 2022.**

Date:

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel.