UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | No. 1:21-cv-01829-TAB-TWP |
| Plaintiff, | ) | |
| v. | ) | |
| NANCY ERHART, | ) | |
| Defendant. | ) | |

> Motion denied. The motion fails to explain why Defendant's original counsel could not have completed the discovery in time to comply with the dispositive motions deadline. Moreover, the requested extension will impact the trial date given the time needed to brief and resolve any such motion.
>
> Tim A. Baker
> U.S. Magistrate Judge
> July 11, 2022

**RENEWED UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**

COMES NOW Defendant, Nancy Erhart, by counsel and for her renewed unopposed motion for extension of deadline would state:

1. The deadline to file dispositive motions is currently August 10, 2022.

2. On July 5, 2022, Defendant filed an Unopposed Motion for Extension of Deadlines requesting that the deadline to complete discovery be extended to October 4, 2022 and the deadline to complete dispositive motions be extended to November 4, 2022, so that such deadline coincided with the discovery extension.

3. On July 7, 2022, this Court granted the Unopposed Motion in part and extended the discovery deadline but denied the extension of the deadline to file dispositive motions.

4. The Court found that the appearance of additional counsel alone does not provide good cause for the requested relief, particularly because the relief requested may impact the current trial date.

5. Good cause exists for extending the deadline to file dispositive motions.

6. Undersigned counsel is replacing former counsel for defendant. Attorney Smith agreed to stay on the case only long enough to assist with a smooth transition and intends to