UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>         Plaintiff<br><br>    v.<br><br>NANCY ERHART,<br><br>         Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**JOINT MOTION FOR SETTLEMENT CONFERENCE
AND EXTENSION ON EXPERT DISCLOSURE DEADLINE**

Bradley Erhart and Nancy Erhart, by counsel, request that the Court schedule a settlement conference with the first available Magistrate. The parties prefer Judge Baker not preside over the settlement conference, given Judge Baker would be ruling on any dispositive motions filed by the parties.

In addition, the parties jointly request the Court extend the deadline by which the parties must disclose their experts. The parties request this extension in the hopes of avoiding incurring expert costs in advance of the settlement conference. In addition, due to schedules, the parties reasonably need additional time for their experts to finalize Rule 26(a) disclosures.   The parties request the Plaintiff's deadline be extended until August 31, 2022 and the Defendants deadline be extended until September 30, 2022. This extension will not affect the expert discovery deadline of November 11, 2022, or the Trial date.

Dated: July 27, 2022				Respectfully submitted,


						/s/ Kimberly S. DalSanto
						Kimberly S. DalSanto, Atty. No. 32666-03
						 Sarah C. Jenkins, Atty. No. 26421-53
						TAFT STETTINIUS & HOLLISTER LLP
						One Indiana Square, Suite 3500
						Indianapolis, IN 46204
						(317) 713-3500
						kdalsanto@taftlaw.com
						sjenkins@taftlaw.com

						*Attorneys for Bradley Erhart*


						/s/ Paul Richard Sadler
						Paul Richard Sadler
						Emswiller, Williams, Noland & Clarke, LLC
						8500 Keystone Crossing, Suite 500
						Indianapolis, IN 46240
						psadler@ewnc-law.com

						*Attorney for Nancy Erhart*

## Certificate of Service

The undersigned hereby certifies that on July 27, 2022, the foregoing was filed electronically with the Court's ECF system and served upon all parties of record.

<em><u>/s/ Kimberly S. DalSanto</u></em>

74363317v2