UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRADLEY ERHART,

          Plaintiff

    v.                             Case No.: 1:21-cv-1829-TAB-TWP

NANCY ERHART,

          Defendant.

**ORDER SETTING SETTLEMENT CONFERENCE**
**AND EXTENDING EXPERT DISCLOSURE DEADLINES**

The Court sets this matter for a settlement conference on _____, 2022 at

_____ a.m./p.m. Magistrate _____ will be presiding over the

settlement conference.

The parties' expert disclosure deadlines are also extended. Plaintiff shall disclose

his expert witnesses, if any, by August 31, 2022. Defendant shall disclose her expert

witnesses, if any, by September 30, 2022. All other deadlines remain unchanged.

Dated:

_____
Tim A. Baker, Magistrate
U.S. District Court, Southern District of Indiana

Distribution to all counsel via ECF.

74363887v1