UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>   Plaintiff<br><br>v.<br><br>NANCY ERHART,<br><br>   Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**ORDER SETTING SETTLEMENT CONFERENCE
AND EXTENDING EXPERT DISCLOSURE DEADLINES**

  This matter is before the Court on the Parties Joint Motion for Settlement Conference and Extension on Expert Disclosure Deadline, and the Court being duly advised now finds that relief is proper and the motion is hereby GRANTED.

  IT IS THEREFORE ORDERED that the Plaintiff shall disclose his expert witnesses, if any, by August 31, 2022, and Defendant shall disclose her expert witnesses, if any, by September 30, 2022. All other deadlines remain unchanged.

  IT IS FURTHER ORDERED that the Court shall set this matter for a settlement conference by separate order.

Date: 8/2/2022

                     _____
                     Tim A. Baker
                     United States Magistrate Judge
                     Southern District of Indiana

Distribution to all counsel of record via CM/ECF.