UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01829-TAB-TWP |
| | ) | |
| NANCY ERHART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REFERRING CASE TO MAGISTRATE JUDGE MATTHEW BROOKMAN FOR SETTLEMENT CONFERENCE ONLY**

This case is referred to Magistrate Judge Matthew Brookman, as permitted by 28 U.S.C. §636(b)(1) and Local Rule 72-1, for the purpose of holding a settlement conference. This assignment does not affect the designation of Magistrate Judge Tim A. Baker as the presiding judge for all other purposes in this case, nor does it affect the Clerk's record of the case assignment.

Any concerns about the conference schedule should be addressed to Magistrate Judge Brookman's chambers.

Date: 8/2/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.