UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRADLEY ERHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01829-TAB-TWP |
| | ) | |
| NANCY ERHART, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
VIRTUAL SETTLEMENT CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, virtually via Zoom, at 2:00 p.m. (EDT), on September 7, 2022, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

Thereafter, the following **ORDER** is entered:

1. A **TELEPHONIC STATUS CONFERENCE** is set for **SEPTEMBER 9, 2022** at 11:00 a.m., Indianapolis time (EDT), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt

of this order.

    **SO ORDERED.**

**Dated:** September 8, 2022

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**