UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>  Plaintiff<br><br>v.<br><br>NANCY ERHART,<br><br>  Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO SUBMIT STIPULATION OF DISMISSAL**

Bradley Erhart and Nancy Erhart, by their respective counsel, request an extension of time to file their Stipulation of Dismissal, and in support state:

1. The Court held a settlement conference on September 7, 2022, at which Plaintiff and Defendant informed the Court they reached a settlement.

2. On September 9, 2022, the court issued an Order directing Plaintiff and Defendant to file a stipulation of dismissal no later than November 8, 2022.

3. The Parties' settlement is contingent upon being able to partition and re-deed a portion of the Farmland. The parties have engaged a third-party surveyor to assist with these tasks, and are currently awaiting results from that survey.

4. The Parties require additional time to determine whether the property can be partitioned and request an additional 60 days to file their stipulation of dismissal.

WHEREFORE, Plaintiff, Bradley Erhart, and Defendant, Nancy Erhart, respectfully request an extension of time to file their Stipulation of Dismissal up to and including January 9, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Richard Sadler* | */s/ Kimberly S. DalSanto* |
| Paul Richard Sadler | Kimberly S. DalSanto, #32666-03 |
| Emswiller, Williams, Noland & Clarke, LLC | Sarah C. Jenkins, #26421-53 |
| 8500 Keystone Crossing, Suite 500 | TAFT STETTINIUS & HOLLISTER LLP |
| Indianapolis, IN 46240 | One Indiana Square, Suite 3500 |
| psadler@ewnc-law.com | Indianapolis, IN 46204 |
| | (317) 713-3500 |
| *Attorney for Nancy Erhart* | kdalsanto@taftlaw.com |
| | sjenkins@taftlaw.com |
| | |
| | *Attorneys for Bradley Erhart* |

## Certificate of Service

The undersigned hereby certifies that on November 2, 2022, the foregoing was served electronically via the Court's ECF system upon all parties of record.

*/s/ Kimberly S. DalSanto*

75279514v2

2