UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, <br><br> Plaintiff <br><br> v. <br><br> NANCY ERHART, <br><br> Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT STIPULATION OF DISMISSAL**

Plaintiff and Defendant's Joint Motion for Extension of Time to File Stipulation of Dismissal is GRANTED. Plaintiff and Defendant shall file their Stipulation of Dismissal on or before January 9, 2023.

IT IS SO ORDERED.

Date: 11/3/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record