UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO SUBMIT STIPULATION OF DISMISSAL**

Bradley Erhart and Nancy Erhart, by their respective counsel, request an extension of time to file their Stipulation of Dismissal, and in support state:

1. The Court held a settlement conference on September 7, 2022, at which Plaintiff and Defendant informed the Court they reached a settlement. The Court has directed Plaintiff and Defendant to file a stipulation of dismissal no later than January 9, 2023.

2. The Parties' settlement is contingent upon being able to partition and re-deed a portion of farmland at issue in this matter. Before the property can be partitioned, the survey for the new parcel must be approved and accepted by the Henry County Auditor and Surveyor.

3. The Parties require additional time to receive approval from the Henry County Auditor that the property has been successfully partitioned and request an additional 14 days to file their stipulation of dismissal.

WHEREFORE, Plaintiff, Bradley Erhart, and Defendant, Nancy Erhart, respectfully request an extension of time to file their Stipulation of Dismissal up to and including January 23, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Richard Sadler* | */s/ Kimberly S. DalSanto* |
| Paul Richard Sadler | Kimberly S. DalSanto, #32666-03 |
| Emswiller, Williams, Noland & Clarke, LLC | Sarah C. Jenkins, #26421-53 |
| 8500 Keystone Crossing, Suite 500 | TAFT STETTINIUS & HOLLISTER LLP |
| Indianapolis, IN 46240 | One Indiana Square, Suite 3500 |
| psadler@ewnc-law.com | Indianapolis, IN 46204 |
| | (317) 713-3500 |
| *Attorney for Nancy Erhart* | kdalsanto@taftlaw.com |
| | sjenkins@taftlaw.com |
| | |
| | *Attorneys for Bradley Erhart* |

### Certificate of Service

The undersigned hereby certifies that on January 9, 2023, the foregoing was served electronically via the Court's ECF system upon all parties of record.

*/s/ Kimberly S. DalSanto*

75872493v1