UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>　　　　Plaintiff<br><br>　v.<br><br>NANCY ERHART,<br><br>　　　　Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT STIPULATION OF DISMISSAL**

　　Plaintiff and Defendant's Joint Motion for Extension of Time to File Stipulation of Dismissal is GRANTED. Plaintiff and Defendant shall file their Stipulation of Dismissal on or before January 23, 2023.

IT IS SO ORDERED.

Date: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution:

All ECF-registered counsel of record

75872499v1