UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART,<br><br>    Plaintiff<br><br>v.<br><br>NANCY ERHART,<br><br>    Defendant. | Case No.: 1:21-cv-1829-TAB-TWP |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT STIPULATION OF DISMISSAL**

This matter is before the Court on Plaintiff and Defendant's Joint Motion for Extension of Time to File Stipulation of Dismissal, and the Court being duly advised now finds that relief is proper and GRANTS the motion. [Filing No. 66.]

IT IS THEREFORE ORDERED that the parties shall file their Stipulation of Dismissal on or before January 23, 2023.

Date: 1/10/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record