UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01829-TAB-TWP |
| | ) |
| NANCY ERHART, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Come now the Plaintiff, Bradley Erhart, by counsel, Kimberly S. DalSanto, and Defendant, Nancy Erhart, by counsel, Paul R. Sadler, and, in support of their *Joint Stipulation of Dismissal*, show the Court as follows:

1. On September 7, 2022, the Court held a settlement conference at which Plaintiff and Defendant reached a settlement agreement, which was thereafter memorialized in a written settlement agreement dated October 19, 2022.  Said agreement resolved all issues raised within the lawsuit.

2. Pursuant to this Court's Order, the parties were required to file a stipulation of dismissal by January 23, 2023.

3. In conformance with said Order and pursuant to the parties' settlement agreement, Plaintiff and Defendant now mutually request that this matter be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant hereby file their *Joint Stipulation of Dismissal* and mutually request that this matter be dismissed with prejudice, that the Court enter an order approving the same and grant all other relief just and proper in the premises.

Respectfully Submitted,

| | |
|---|---|
| TAFT STETTINIUS & HOLLISTER, LLP | EMSWILLER, WILLIAMS, NOLAND & CLARKE, LLC |
| /s/ *Kimberly S. DalSanto* <br> Kimberly S. DalSanto <br> Counsel for Plaintiff | By: /s/ *Paul R. Sadler* <br> Paul R. Sadler <br> Counsel for Defendant |

## CERTIFICATE OF SERVICE

    I, Paul R. Sadler, an attorney, hereby certified that a true and correct copy of the above and foregoing document was electronically filed on January 20, 2023, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties and attorneys of record.

/s/ *Paul R. Sadler*
Paul R. Sadler

76071512v1