UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY ERHART, | ) |
|         Plaintiff, | ) |
| v. | )   No. 1:21-cv-01829-TAB-TWP |
| NANCY ERHART, | ) |
|         Defendant. | ) |

## ORDER OF DISMISSAL

This matter having come before the Court on the *Joint Stipulation of Dismissal* filed by Plaintiff and Defendant, and the Court having reviewed the same and being duly advised in the premises, finds that relief is proper.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that this case is hereby DISMISSED, with prejudice and each party bearing their own costs and attorneys' fees.

Date:

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

76071527v1